IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Lashawn McNeil,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>The Victor Group, Inc.,<br>　　　　　　　　　　Defendant. | Civil Action<br>File No.:　　2:21-cv-03545-DCN<br><br>**<u>NOTICE OF REMOVAL</u>**<br>**28 U.S.C §§ 1332, 1441, 1446** | |

TO:　　THE UNITED STATES DISCRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION

EDWARD L. PHIPPS, ESQUIRE, AND MARK R.H. HUBER, ESQUIRE, ATTORNEYS FOR PLAINTIFF

In accordance with the provisions of 28 U.S.C. §§ 1332(a), 1441 and 1446, notice is given as follows:

1.　　Defendant The Victor Group, Inc., Inc. (hereinafter collectively referred to "Victor" or "Defendant") hereby removes this lawsuit from the Court of Common Pleas for the Ninth Judicial Circuit, County of Charleston, South Carolina, where it was filed by Plaintiff and assigned Case No. 2021-CP-10-04180, to the United States District Court for the District of South Carolina, Charleston Division. A Copy of the Summons and Complaint are attached as Exhibit A, which contains all process and pleadings filed or served in this action as of the date of this notice.

2.　　Upon information and belief, proper service on Defendant has not been achieved. Defendant received a copy of the Summons and Complaint in the mail but did not sign for certified mail. Defendant does not recall the exact date it received the Complaint in the mail. However, the service letter is dated September 29, 2021. Thus, the time within which Defendant is permitted to file a notice of removal under 28 U.S.C § 1446 has not expired as of the time of the filing of this notice of removal.

3. Upon information and belief, at the time of the commencement of this action and of the filing of this Notice of Removal, Plaintiff was and is a resident of the State of South Carolina. (Compl. ¶ 1.)

4. At the time of the commencement of this action and of the filing of this Notice of Removal, Defendant Victor was and is a Texas corporation with its principal place of business in Texas. Accordingly, Victor is deemed a citizen of Texas for purposes of diversity jurisdiction.

5. Pursuant to 29 U.S.C. §§ 1332, 1441, and 1446, complete diversity of citizenship exists, and this court has subject matter jurisdiction over this case.

6. Plaintiff has not alleged a specific amount in controversy. However, the allegations of the Complaint demonstrate that the amount in controversy, exclusive of interest and costs exceed $75,000.00. See U.S.C. § 1332(a).

    a. Plaintiff alleges she has suffered personal injury as a result of a fall within a restroom at Charleston Air Force Base. Concerning damages, Plaintiff alleges she has incurred

        i. Physical pain and suffering;

        ii. Permanent physical injuries;

        iii. Mental anguish;

        iv. Shock and injury;

        v. Medical bills and other economic loss;

        vi. Impairment of health and bodily efficiency;

        vii. Loss of plaintiff's enjoyment of life;

        viii. Increased susceptibility to future injury;

        ix. Future medical expenses; and

      x.  Other damages which will be shown at trial.

(Compl. ¶ 20.)

b. In addition to the foregoing damages, Plaintiff prays for an award of punitive damages, (Compl. "Wherefore" paragraph), which is properly considered in determining whether the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. *See Miller v. S. Bell Tel. & Tel. Co.*, 279 F. 806, 809-810 (4th Cir. 1922); *Woodward v. Newcourt Comm. Fin. Corp.,* 60 F.Supp.2d 530 (D.S.C. 1999).

7. Removal to this district and division is proper under 28 U.S.C.A. §1441(a) because this is the district and division embracing the place where the action is pending.

8. A copy of this Notice of Removal will be promptly served upon counsel for Plaintiff and filed with the Clerk of Court of Common Pleas for the Ninth Judicial Circuit, County of Charleston, South Carolina, as required by 28 U.S.C. §1446(d).

                        HEDRICK GARDNER KINCHELOE & GAROFALO LLP

                    By:    *s/Joshua D. Shaw*_____
                             Joshua D. Shaw (Fed. Id. # 10529)
                             Aaron V. Wallace (Fed. Id. # 11469)
                             Hedrick Gardner Kincheloe & Garofalo LLP
                             1230 Main St., Suite 325
                             Columbia, SC 29201
                             Phone: 803-727-1221
                             Fax: 803-727-1259

                        *ATTORNEYS FOR DEFENDANT*

Columbia, South Carolina
October 28, 2021