ELECTRONICALLY FILED - 2021 Sep 09 12:19 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1004180

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF CHARLESTON<br><br>Lashawn McNeil,<br>                                    Plaintiffs,<br>vs.<br><br>The Victor Group, Inc.,<br>                                    Defendant. | IN THE COURT OF COMMON PLEAS<br>NINTH JUDICIAL CIRCUIT<br><br>CASE NUMBER: 2021-CP-10-<br><br>**SUMMONS**<br>**(Jury Trial Demanded)** |

**TO THE ABOVE NAMED DEFENDANT(S):**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, a copy of which is hereby served upon you herewith, and to serve a copy of your Answer to said Complaint on the subscribers at their offices, The Phipps Law Firm, LLC, 571 Savannah Highway, Charleston, South Carolina 29407 or to otherwise appear and defend, within thirty (30) days after the service hereof, exclusive of the day of such service. If you fail to answer the Complaint, or otherwise to appear and defend, within the time aforesaid, the Plaintiff in this action will apply to the Court for judgment by default to be rendered against you for the relief demanded in the Complaint.

By:

PHIPPS LAW FIRM, LLC

__s/Edward L. Phipps_____
**Edward L. Phipps**
**Mark R. H. Huber**
571 Savannah Highway
Charleston, SC 29407
T:  (843-216-9797)
F:  (843-300-4949)
Edward@phippsfirm.com
Mark@phippsfirm.com
ATTORNEYS FOR PLAINTIFF

August 31, 2021
Charleston, SC


EXHIBIT A

1

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF CHARLESTON<br><br>Lashawn McNeil,<br>                              Plaintiff,<br>vs.<br><br>The Victor Group, Inc.,<br>                              Defendant. | IN THE COURT OF COMMON PLEAS<br>NINTH JUDICIAL CIRCUIT<br><br>CASE NUMBER: 2021-CP-10-<br><br>**COMPLAINT**<br>**(Jury Trial Demanded)** |

COMES NOW, the Plaintiff, LaShawn McNeil, complaining of the Defendants herein, and would respectfully show unto this honorable Court as follows:

## PARTIES

1. Plaintiff, LaShawn McNeil, is a citizen and resident of Charleston County, South Carolina.

2. Upon information and belief, Defendant, The Victor Group, Inc. (hereinafter "Victor Group"), is a foreign corporation organized and existing under the laws of a state other than South Carolina, who is transacting and conducting business in Charleston County, South Carolina.

## JURISDICTION

3. South Carolina law applies to this action.

4. An actual and justiciable controversy exists between the parties.

5. Venue of this action properly lies in this Court pursuant to S.C. Code Ann. §15-7-30 et seq.

6. This Court has subject matter jurisdiction over the claims asserted herein and personal jurisdiction over the parties hereto.

ELECTRONICALLY FILED - 2021 Sep 09 12:19 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1004180

## FACTS

7. On or about July 8, 2019, the Plaintiff LaShawn McNeil was a lawful invitee working as a Human Resource Assistant for the Transportation Security Administration ("TSA") at the Charleston Air Force Base.

8. At or around 8:18 am of the said date, Plaintiff LaShawn McNeil was walking in the women's restroom, a place designated for persons to walk.

9. Upon information and belief, said restroom had recently been cleaned by employees, agents, or legal representatives of The Victor Group, who left the floor extremely wet, to the extent of puddling, without warnings or caution signs.

10. While entering the last stall on the left of the women's bathroom, Plaintiff LaShawn McNeil stepped onto the wet flooring causing her to slip, violently fall and suffer serious and permanent injury.

11. Upon information and belief, the Defendant had prior notice and had received complaints of the same hazard.

## FOR A FIRST CAUSE OF ACTION
### (Premises Liability)

12. The Plaintiff re-alleges and incorporates by reference all allegations set forth above as if repeated verbatim.

13. The Defendants and/or their agents, employees, or legal representatives owed a duty to ultimate uses of the building and the Plaintiff herein as follows:

    a. To maintain said floor in a manner as to keep if in a safe condition for the general public and for those persons who might use same, particularly this Plaintiff;

ELECTRONICALLY FILED - 2021 Sep 09 12:19 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1004180

ELECTRONICALLY FILED - 2021 Sep 09 12:19 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1004180

    b.  To inspect and discover any dangerous or hazardous condition existing therein;

    c.  To warn the public, and all invitees, particularly this Plaintiff, or the dangerous and hazardous conditions existing upon said walkway;

14. At all times set forth herein, Defendants had a duty to maintain and/or perform its maintenance, janitorial and cleaning work in a reasonably safe condition ultimate uses, including Plaintiff.

15. The Defendants breached their duties, as set forth above, to this Plaintiff and were negligent, grossly negligent and/or reckless in performing their work, permitting and maintaining on its premises a dangerous condition which created an unreasonable risk of injury to persons, including the Plaintiff.

16. As a direct and proximate result of the Defendant's negligence, gross negligence and/or recklessness, the Plaintiff was severely injured and has incurred medical expenses, lost wages, suffered tremendous pain and suffering, will incur future medical bills, permanent injury, loss of enjoyment of life and all other damages allowed under the law of this State.

### FOR A SECOND CAUSE OF ACTION
**(Negligence)**

17. The Plaintiff re-alleges and incorporates by reference all allegations set forth above as if repeated verbatim.

18. At all times pertinent hereto, the Defendant cleaned, maintained, and had a duty to maintain and inspect, the area in which Plaintiff LaShawn McNeil was injured.

ELECTRONICALLY FILED - 2021 Sep 09 12:19 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1004180

19. Plaintiff LaShawn McNeil's injury was due to, was proximately caused by, and would not have occurred without the negligence, recklessness, willfulness, and wantonness of the Defendant, in the following particulars to wit:

   a. In failing and omitting to maintain a safe area to walk in the womens' restroom;
   b. In failing and omitting to correct a deficiency and dangerous condition at the place where Plaintiff fell, when it knew, or should of known, of the defective condition;
   c. In allowing a condition to continue to exist, which gave the appearance of safety, but instead which was a trap, causing Plaintiff to fall;
   d. In failing to warn Plaintiff and other invitees of the defective and dangerous condition;
   e. In failing to exercise that degree of care and caution as would a reasonably prudent person under the same or similar circumstances;
   f. In such further and additional particulars as will be disclosed by discovery.

20. As a direct and proximate result of Defendant, individually and/or by and through their employees, agents, and legal representatives, willful, wanton, reckless, grossly negligent, and negligent acts as set forth above, Plaintiff suffered the following damages:

   a. Physical pain and suffering;
   b. Permanent physical injuries;
   c. Mental anguish;
   d. Shock and injury;
   e. Medical bills and other economic loss;
   f. Impairment of health and bodily efficiency;

ELECTRONICALLY FILED - 2021 Sep 09 12:19 PM - CHARLESTON - COMMON PLEAS - CASE#2021CP1004180

    g. Loss of Plaintiff's enjoyment of life;

    h. Increased susceptibility to future injury;

    i. Future medical expenses; and

    j. Other damages which will be shown at trial.

WHEREFORE, having fully set forth their Complaint against the Defendant, Plaintiffs pray for judgment as follows:

    a. Against Defendant for actual and punitive damages in an amount to be determined by the trier of fact;

    b. For attorney's costs of this action;

    c. For such other relief as this Court deems just and proper.

                            **RESPECTFULLY SUBMITTED**,
                            The Phipps Law Firm

                            s/ Edward L. Phipps
                            Edward L. Phipps
                            Mark R. H. Huber
                            571 Savannah Highway
                            Charleston, SC 29407
                            (t) 843-216-9797
                            (f) 843-300-4949
                            Edward@phippsfirm.com
                            Mark@phippsfirm.com

Charleston, SC
August 31, 2021