IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LASHAWN MCNEIL, | C/A No.: 2:21-cv-03545-DCN |
| Plaintiff, | |
| v. | |
| THE VICTOR GROUP, INC., | PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES |
| Defendant. | |

**TO: UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION AND ATTORNEYES FOR DEFENDANT:**

By and through undersigned counsel, Plaintiff Lashawn McNeil answers Local Rule 26.01 Interrogatories of the Court as follows:

A.  State the full name, address, and telephone number of all persons or legal entities who have subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE:**

**None.**

B.  As to each claim, state whether it should be tried jury or non-jury and why.

**RESPONSE:**

**Plaintiff contends their claims are legal in nature and should be tried by a jury.**

C.  State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each

publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE:**

**The Plaintiff is not a publicly owned company, parent, subsidiary, partner or affiliate of a publicly owned company.**

    D.    State the basis for asserting your claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:**

**Plaintiff filed in South Carolina Court of Common Pleas, Ninth Judicial Circuit as C/A No. 2021-CP-10-04180. Defendants removed to District Court on 10/29/2021 (ECF 1).**

    E.    Is this action related to any other matter (civil or criminal) filed in this district? If so, provide (1) a short caption and full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose all cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:**

**Plaintiff is not aware of any related action filed in this district.**

Respectfully submitted,

**THE PHIPPS LAW FIRM, LLC**

\

*s/Edward L. Phipps*
Edward L. Phipps (Federal ID No.: 8053)
571 Savannah Highway
Charleston, SC 29407
Ph: (843) 216-9797
Email: Edward@phippsfirm.com
Attorneys for the Plaintiff

Charleston, South Carolina
November 18, 2021